UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| SUAREZ-RAMIREZ, | Case No. 2:25-cv-02369-MMD-EJY |
|---|---|
| Petitioner, | ORDER |
| v. | |
| BONDI, *et al.*, | |
| Respondents. | |

Petitioner Alexander Suarez-Ramirez filed a Petition for Writ of Habeas Corpus (ECF No. 2 ("Petition")) under 28 U.S.C. § 2241. Suarez-Ramirez is a Cuban national currently detained at the Henderson Detention Center in Henderson, Nevada and challenges his order of removal to Mexico. (ECF No. 2 at 4-6.) Having conducted a preliminary review of the Petition under the Rules Governing Section 2254 Cases,[1] the Court now directs that it be served on Respondents and sets a briefing schedule.

Suarez-Ramirez also files a Motion for Appointment of Counsel. (ECF No. 1.) The Court finds that appointment of counsel is in the interests of justice, given, among other things, the complexities of this case and the Federal Public Defender's familiarity with this case.[2]

It is therefore ordered ordered that the Motion for Appointment of Counsel (ECF No. 1) is granted. The Federal Public Defender for the District of Nevada is appointed to represent Suarez-Ramirez in all federal proceedings related to this matter, including any

---

[1]The Court exercises its discretion to apply the rules governing 28 U.S.C. § 2254 petitions to this 28 U.S.C. § 2241 action. *See* Habeas Rule 1(b).

[2]Under the Criminal Justice Act ("CJA"), counsel may be appointed for financially-eligible, non-capital habes corpus petitioners when "the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B); *see also Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986) (citing *Kreiling v. Field*, 431 F.2d 638, 640 (9th Cir. 1970) (per curiam)).

appeals or certiorari proceedings, unless allowed to withdraw.

It is further ordered that the Clerk of Court be kindly directed to:

1. Deliver a copy of the Petition (ECF No. 2) and this order to the U.S. Marshal for service.
2. Add the United States Attorney for the District of Nevada to the docket as an Interested Party.
3. Send, through CM/ECF, a copy of the Petition (ECF No. 2), this order, and all other filings in this matter to the Office of the United States Attorney for the District of Nevada at Sigal.Chattah@usdoj.gov; Veronica.criste@usdoj.gov, and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E)
4. Mail a copy of the Petition (ECF No. 2) and this order under Federal Rule of Civil Procedure 4(i)(2) to:
   a. Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530
   b. Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528
   c. Michael Bernacke, Salt Lake City ICE Field Office Director, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096
   d. Todd Lyons, Acting Director and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs Enforcement, 500 12th Street, SW, Washington, DC 20536
   e. Reggie Rader, Henderson Chief of Police, P.O. Box 95050 Henderson, NV 89009-5050

It is further ordered that the U.S. Marshal serve a copy of the Petition (ECF No. 2) and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United States Attorney under Federal Rule of Civil Procedure 4(i)(1)(A)(i).

It is further ordered that counsel for Respondents file a notice of appearance within three days of the date of this order.

It is further ordered that Respondents file and serve their anser to Suarez-Ramirez' Petition within ten days of the date of this order, unless additional time is allowed for good cause shown.

It is further ordered that Suarez-Ramirez has seven days following the filing of the response to the Petition to file a reply, if desired.

It is further ordered that Local Rule 7-2(b) governs the scheduling for responses and replies to all other motions filed by either party and Local Rule LR 7-4 governs any requests for emergency relief.

DATED THIS 1st Day of December, 2025.

---
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE