# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SUAREZ-RAMIREZ,<br><br>                    Petitioner,<br>    v.<br>BONDI, *et al.*,<br><br>                   Respondents. | Case No. 2:25-cv-02369-MMD-EJY<br><br>ORDER |

Petitioner Alexander Suarez-Ramirez filed a Petition for Writ of Habeas Corpus (ECF No. 2 ("Petition")) under 28 U.S.C. § 2241. Before the Court is Suarez-Ramirez's emergency motion for a temporary restraining order and preliminary injunction. (ECF No. 8 ("Motion").) The government filed a response. (ECF No. 11.) The Court held an in-person hearing on December 17, 2025. First and foremost, as the Court found and Respondent conceded at the hearing, the Court has jurisdiction to adjudicate the Motion. Accordingly, and for the reasons stated on the record, the Court grants Suarez-Ramirez' Motion in part.

It is therefore ordered that pending adjudication of the Petition on the merits:

1. Respondents must ensure that Suarez-Ramirez's counsel has access to him by Saturday December 20, 2025 and thereafter to effectuate their representation of Suarez-Ramirez in this case.

2. Respondents, their agents and contractors must halt any actions intended to effectuate the deportation of Surarez-Ramirez to Mexico or to any other third country.

3. Respondents, their agents and contractors are enjoined from deporting Suarez-Ramirez to Mexico or to any other third country.

DATED THIS 17th Day of December 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE